

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00540-CV

**IN THE INTEREST OF B.R.Q.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02216
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED March 31, 2021.

_____
Irene Rios, Justice